395 A.2d 572

**ESTATE of Ruth B. ALLEN.**

**Appeal of James ALLEN.**

Supreme Court of Pennsylvania.

Argued Nov. 14, 1978.

Decided Dec. 29, 1978.

Rosemary M. Flannery, Wisler, Pearlstine, Talone, Craig & Garrity, Norristown, Michael H. Egnal, Egnal & Egnal, Philadelphia, James Allen, in pro. per., for appellant.

Peter J. Verderame, Langhorne, for appellee.

Donald B. McCoy, Langhorne, for appellees, William and Robert Allen.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, MANDERINO and LARSEN, JJ.

## OPINION

PER CURIAM:

Decree affirmed.

Each party to pay own costs.

POMEROY, J., did not participate in the consideration or decision of this case.